BTXN 027 (rev. 12/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
SCSG, Inc. § Case No.: 09–48059–rfn11
§ Chapter No.: 11
Debtor(s) §

Dear Eric Liepins:

The above referenced case has been reviewed as part of the Clerk's Office continuing effort to identify cases that are deficient for specific documents. Our review indicates that this case requires:

- ☐ Case Status
- ☐ Trustee's Final Report
- ☐ 341 Meeting Minute Sheet and Exempt Property Report
- ☐ Report of Trustee in No–Asset Case and Application for Closing
- ☐ Motion to Dismiss debtor's Failure to Attend 341 Meeting
- ☑ Other: Request for status of motions (RE: related document(s) 2 Motion to use cash collateral Filed by Debtor SCSG, Inc., 4 Motion to pay pre–petition debt critical vendors Filed by Debtor SCSG, Inc).

Please electronically file the requested documents, provide a specific date for which this information will be provided to the Court, or provide information as to why this case should remain open. Failure to respond within 10 from the date of this letter may result in the Court setting a status conference to determine why the document(s) has not been filed.

DATED: 7/1/10

FOR THE COURT:
Tawana C. Marshall, Clerk of Court

by: /s/D. Moroles, Deputy Clerk